```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
APPLETON ACQUISITION, LLC, as successor in :
interest to Kevin Loughlin, Fred Remark, Herbert :
Barron, Charles Frank, Wayne Benson, Joe Batteiger, :
Henry Bloch, Sam Cacciatore, Reynolds Jensen, Marie :
Torpey, Charles Tuckman, Anthony Cicchetti, Ernst :
George Tiegel, Ernest Cook, Mohammedan El- :
Tobugi, Lester Dulitz, Ann Planck, Griff & Eugenia :    05 Civ. 4678 (KMW)
Lee, Joseph Greeley, Ralph & Constance Tiegel, :
George Byrd, David Boyd, Morton Engelberg, Donald :
Bryan, Frank Kinnett, Bruce Goodman, and Albert M. :    NOTICE OF
Iosue, :                                                VOLUNTARY DISMISSAL
:
Plaintiff, :
:
-against- :
:
NATIONAL HOUSING PARTNERSHIP, AIMCO :
PROPERTIES, L.P., and APARTMENT AND :
INVESTMENT MANAGEMENT COMPANY, :
:
Defendants. :
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that Plaintiff Appleton Acquisition, LLC dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 17, 2005

HERRICK, FEINSTEIN LLP

John R. Goldman (JG-4550)
2 Park Avenue
New York, New York 10016
Attorneys for Plaintiffs

TO: John F. Cambria, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Attorneys for Defendants

The Clerk of Court is directed [illegible] this case. Any pending [illegible]

SO ORDERED: 

SO ORDERED, N.Y., N.Y. 8-22-05

KIMBA M. WOOD
U.S.D.J.